In the Matter of WILLIAM KLEIN, as Trustee, Appellant, against CLEARVIEW REALTY CORP., Respondent.

Application by petitioner, as trustee under a declaration of trust dated June 1, 1937, and a plan of reorganization for mortgage investments guaranteed by State Title and Mortgage Company approved by an order of the Supreme Court, New York County, entered May 14, 1937, for an order, pursuant to section 1077-c of the Civil Practice Act, directing respondent, as the last record owner of property known as 2455 Amsterdam Avenue, in the City of New York, to pay petitioner the surplus income derived from the operation of said premises for the calendar year 1943 over and above the taxes, interest and all other carrying charges, to be applied to past due principal on the first mortgage on said premises.

Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements and the motion granted to the extent of directing that the 1943 surplus of $1,549.30 be paid to petitioner in reduction of the past due principal of the first mortgage herein. (*Matter of Mortgage Corporation of N. Y.* [*Ohlbaum*], 263 App. Div. 627, affd. 289 N. Y. 686.) Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MARY MALACHICK, Respondent, v. JOSEPH MALACHICK, Appellant.— Interlocutory judgment reversed, without costs, and judgment directed in favor of the defendant dismissing the complaint, without costs, upon the ground that no cause of action for the annulment of the marriage was established. Settle order on notice, reversing findings inconsistent with this determination and making such new findings of fact proved upon the trial as are necessary to sustain the judgment hereby awarded. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to affirm.

MIRIAM GREEN, Judgment-Creditor-Respondent, v. GEORGE GREEN, Judgment Debtor. DOROTHY KIRSCHNER, Third Party, Appellant.— It does not appear that income has accrued to the trust estate since the making of the order of May 12, 1944. As a consequence the order appealed from is unanimously reversed, with twenty dollars costs and disbursements and the motion denied. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.